IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-11492-HCM |
| NESANET G. BELAY | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

## APPLICATION OF CHAPTER 7 TRUSTEE TO EMPLOY CHIP KIDD REALTY SERVICES AS REAL ESTATE AGENT

**THIS PLEADING REQUESTS RELIEF THAT MAY BE ADVERSE TO YOUR INTERESTS. IF NO TIMELY RESPONSE IS FILED WITHIN TWENTY ONE (21) DAYS FROM THE DATE OF SERVICE, NO HEARING WILL BE HELD AND THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED WITHOUT A HEARING BEING HELD. A TIMELY FILED RESPONSE IS NECESSARY FOR THE HEARING TO BE HELD.**

TO THE HONORABLE H. CHRISTOPHER MOTT, U.S. BANKRUPTCY JUDGE:

COMES NOW, C. Daniel Roberts, Trustee ("Trustee"), the chapter 7 trustee in the above captioned and numbered bankruptcy case, to file this Application of Chapter 7 Trustee to Employ Chip Kidd Realty Services as Real Estate Agent, and would show the Court as follows:

1. Trustee proposes to employ Chip Kidd of Chip Kidd Realty Services ("Kidd"), as real estate agent to sell the non-exempt real property owned by the estate.

2. Trustee would further show that Kidd, with offices at 12111 Manchaca Road, Austin, Texas 78748, telephone (512) 282-5377, facsimile (512) 282-0766, email ckiddaustin@gmail.com, is a duly licensed and qualified real estate agent in the State of Texas and is therefore qualified to act as real estate agent for the estate and locally known as 10805 Barnhill Drive, Austin, Texas 78758.

3. To the best of Trustee's knowledge, information and belief, Kidd neither holds nor represents an interest adverse to the estate and has no other connection or relationship with the

United States Trustee for the Western District of Texas.

4. No other professionals in the same profession have been previously employed pursuant to court order in this Bankruptcy Case.

5. Trustee believes that Kidd should be employed and compensated at the rate of six percent (6%) of the gross sales price received for subject property(s), plus expenses, provided, however, that any payment of any compensation and expenses will be subject to bankruptcy court approval and disbursed by Trustee.

WHEREFORE, PREMISES CONSIDERED, Trustee respectfully prays that he be authorized to employ Chip Kidd of Chip Kidd Realty Services to sell assets of the estate as set forth above. In addition, Trustee prays for any further relief to which he may show himself justly entitled, both general and special, legal and equitable.

Respectfully submitted,

C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712


By: */s/ C. Daniel Roberts*
    C. Daniel Roberts
    Texas Bar No.: 16999200
    droberts@cdrlaw.net

ATTORNEYS FOR CHAPTER 7 TRUSTEE

# AFFIDAVIT OF CHIP KIDD

STATE OF TEXAS  §
§
COUNTY OF TRAVIS  §

I, Chip Kidd, do state under penalty of perjury that I:

(A) neither represent, nor hold an interest adverse to the debtor or to the estate in the matters upon which the Firm is to be engaged as an attorney; nor do I have any connection with the United States Trustee for the Western District of Texas or his employees;

(B) am not a creditor, an equity security holder, or an insider;

(C) am not and was not an investment banker for any outstanding security of the debtor;

(D) have not been within three years before the date of filing of the petition, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale, or issuance of a security of the debtor;

(E) have not and was not, within two years before the date of the filing of the petition a director, officer or employee of the debtor or of an investment banker specified in subparagraph (C) or (D) of this paragraph; and

(F) do not have an interest materially adverse to the interest of the estate or any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker specified in subparagraph (C) or (D) of this paragraph, or for any other reason.

_____
Chip Kidd

SWORN TO AND SUBSCRIBED before me by the said Chip Kidd, to certify which witness my hand and seal of office on this the 12th day of August, 2015.

_____
Notary Public in and for
The State of Texas

REGINA SALDANA
My Commission Expires
May 10, 2019

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. 13-11492-HCM |
| NESANET G. BELAY | § § | CHAPTER 7 |
| DEBTOR. | § | |

## DISCLOSURE OF COMPENSATION UNDER 11 U.S.C. § 329 AND BANKRUPTCY RULE 2016(b)

I certify that I am a real estate agent employed by the trustee in the above-named case and that the compensation paid or agreed to be paid to me for services rendered, or to be rendered, on behalf of the trustee in or in connection with a case under Title 11 of the United States Code, such payment or agreement having been made after one year before the date of the filing of the petition, is as follows:

1. Six percent (6%) of the gross sales price, plus expenses.

2. No compensation has been received by me in connection with my employment by the trustee in this case.

3. All fees to be paid to me are subject to prior approval by the Court. I have not agreed to share this compensation with any other person.

Dated: August 12, 2015

Chip Kidd
Chip Kidd Realty Services
P. O. Box 1385
Manchaca, Texas 78652
Telephone: (512) 282-5377
Facsimile: (512) 282-0766
Email: chipkidd@sbcglobal.net

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on the 12th day of August, 2015, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail, postage prepaid, and that the *Notice of Employment of Real Estate Agent*, attached hereto as Exhibit "A," was sent in the same manner and on the same day to all creditors and parties-in-interest listed on the attached Creditor Matrix.

| | |
|---|---|
| Nesanet G. Belay<br>15352 English River Loop<br>Leander, Texas 78641<br>DEBTOR | Luis Manuel Paredes, Jr.<br>Manuel Paredes Law Firm, PLLC<br>2512 S. IH 35, Suite 140<br>Austin, Texas 78704<br>ATTORNEY FOR DEBTOR'S CHAPTER 13 CASE |

US Trustee
903 San Jacinto Blvd, #230
Austin, Texas 78701

| | | |
|---|---|---|
| American InfoSource LP as agent for<br>T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK  73124-8848 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601-4303 | Bank Delaware<br>Account 432747000398 ...<br>700 Prides Xing<br>Newark, DE 19713-6102 |
| Bank of America, N.A.<br>Account 158011442<br>Greensboro, NC 27410 | Citimortgage Inc.<br>Account 77049 ...<br>PO Box 6243<br>sioux Falls, SD 57117-6243 | HSBC Bank<br>PO Box 5253<br>Carol Stream, IL 60197-5253 |
| LVNV Funding, LLC<br>PO Box 10497<br>Greenville, SC 29603-0497 | Merchants & Professional C<br>PO Box 140675<br>Austin, TX 78714-0675 | Midland Funding<br>8875 Aero Dr., Ste 200<br>San diego , CA 92123-2255 |
| NATIONSTAR MORTGAGE LLC<br>PO BOX 619096<br>DALLAS TX 75261-9096 | Nesanet G. Belay<br>PO Box 1001<br>Leander, TX 78646-1001 | Receivables Performance<br>Account 36209145<br>20816 44th Ave. W<br>Lynnwood, WA 98036-7744 |
| Second Round<br>Account 4327470003980722<br>1330 Wonder World Dr. #104<br>San Marcos, TX 78666-7567 | | |