**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: September 08, 2015.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 13-11492-HCM |
| NESANET G. BELAY | § | |
| | § | CHAPTER 7 |
| DEBTOR. | § | |

### ORDER APPROVING EMPLOYMENT OF
### CHIP KIDD REALTY SERVICES AS REAL ESTATE AGENT

On this date came on for consideration the Application of the Trustee to Employ Chip Kidd Realty Services as Real Estate Agent ("Application"), and the Court, being of the opinion that the Application is well taken, will hereby approve same. It is therefore

ORDERED that the employment of Chip Kidd of Chip Kidd Realty Services, 12111 Manchaca Road, Austin, Texas 78652, telephone (512) 282-5377, facsimile (512) 282-0766, email ckiddaustin@gmail.com as real estate agent for the bankruptcy estate be and it is hereby approved.

###

ORDER PREPARED BY:

C. Daniel Roberts
C. DANIEL ROBERTS & ASSOCIATES, P.C.
1602 E. Cesar Chavez
Austin, Texas  78702
Telephone: (512) 494-8448
Facsimile:  (512) 494-8712
Email:  droberts@cdrlaw.net