**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 03, 2015.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| NESANET G. BELAY | § | CASE NO. 13-11492-HCM |
| Debtor. | § | (Chapter 7) |

**ORDER GRANTING OBJECTION TO
CLAIM OF ATLAS ACQUISITIONS LLC (CLAIM NO. 1)**

On December 2, 2015, the Court conducted a hearing on the Objection to Claim of Atlas Acquisitions, LLC (Claim No. 1) ("Objection") (dkt# 20) filed by Nesanet G. Belay, the Debtor in this bankruptcy case ("Debtor"). Through the Objection, the Debtor objects to the allowance of Proof of Claim No. 1 in the amount of $3,385.58 ("Proof of Claim") filed by Atlas Acquisitions LLC ("Atlas"). C. Daniel Roberts, the Chapter 7 Trustee ("Trustee") filed a Response to the Objection ("Response")(dkt #27).

The Debtor, counsel for the Debtor, and the Trustee appeared at the hearing. After considering the Proof of Claim, the Objection, the Response, the evidence, the record, and the statements and arguments of the Trustee and counsel, the Court finds that the Objection should be granted for the reasons stated by the Court on the record at the hearing and that the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Objection filed by the Debtor (dkt# 20) is granted and Proof of Claim No. 1 in the amount of $3,385.85 filed by Atlas Acquisitions LLC is disallowed as a claim against the estate.

# # #