**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: December 03, 2015.**



_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| NESANET G. BELAY | § | CASE NO. 13-11492-HCM |
| Debtor. | § | (Chapter 7) |

**ORDER DENYING OBJECTION TO
CLAIM OF AMERICAN INFOSOURCE (CLAIM NO. 4)**

On December 2, 2015, the Court conducted a hearing on the Objection to Claim of American InfoSource (Claim No. 4) ("Objection") (dkt# 23) filed by Nesanet G. Belay, the Debtor in this bankruptcy case ("Debtor"). Through the Objection, the Debtor objects to the allowance of Proof of Claim No. 4 in the amount of $433.46 ("Proof of Claim") filed by American InfoSource LP as agent for T-Mobile/T-Mobile USA Inc. ("American InfoSource"). C. Daniel Roberts, the Chapter 7 Trustee ("Trustee") filed a Response to the Objection ("Response")(dkt #30).

The Debtor, counsel for the Debtor, and the Trustee appeared at the hearing. After considering the Proof of Claim, the Objection, the Response, the evidence, the record, and the statements and arguments of the Trustee and counsel, the Court finds that the Objection should be denied for the reasons stated by the Court on the record at the hearing and that the following Order should be entered.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. The Objection filed by the Debtor (dkt# 23) is denied.

2. Proof of Claim No. 4 filed by American InfoSource is hereby allowed as a general unsecured claim against the estate in the amount of $433.46.

# # #