## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

IN RE:                          §
                                §          CASE NO. 13-11492
NESANET G. BELAY,               §
                                §          CHAPTER 7
DEBTOR                          §

### NO-ASSET REPORT

The undersigned trustee reports to the Court that the Section 341 Meeting of Creditors was concluded and that I have neither received any property nor paid any money on account of this estate; that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of property belonging to the estate; and that there is no property available for distribution from the estate over and above that exempted by law.

Pursuant to FRBP 5009, I hereby certify that the estate of the above-named debtor(s) has been fully administered. I request that this report be approved, and that I be discharged from any further duties as trustee.

Respectfully submitted,


 /s/ C. Daniel Roberts
C. Daniel Roberts
1602 East Cesar Chavez
Austin, Texas 78702
Telephone: (512) 494-8448
Facsimile: (512) 494-8712
Email: droberts@cdrlaw.net

CHAPTER 7 TRUSTEE

## CERTIFICATE OF SERVICE

By my signature above, I hereby certify that on September 23, 2016, a true and correct copy of the foregoing document was served upon the following parties via electronic means as listed on the Court's ECF noticing system or by regular first class mail.

Nesanet G. Belay
PO Box 1001
Leander, Tx 78646

DEBTOR

Douglas J. Powell
820 West 10th Street
Austin, Texas 78701

ATTORNEY FOR DEBTOR

United States Trustee
903 San Jacinto Blvd., Room 230
Austin, Texas 78701

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No:    13-11492    HCM   Judge: H. CHRISTOPHER MOTT

Case Name:    BELAY, NESANET G.

For Period Ending: 09/23/16

Trustee Name:  C. DANIEL ROBERTS

Date Filed (f) or Converted (c):  08/05/13 (f)

341(a) Meeting Date:  09/05/13

Claims Bar Date:  07/31/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 15352 ENGLISH RIVER LOOP, LEANDER, TX (HOMESTEAD) | 90,000.00 | 0.00 | | 0.00 | FA |
|     Debtor Claimed Exemption | | | | | |
| 2. CASH AND DEPOSITS | 100.00 | 100.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 300.00 | 0.00 | | 0.00 | FA |
| 4. BOOKS, ART, COLLECTIONS | 100.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 500.00 | 0.00 | | 0.00 | FA |
| 6. INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 7. 1998 FORD MUSTANG | 1,900.00 | 0.00 | | 0.00 | FA |
| 8. POSSIBLE PROPERTY HELD BY NON-FILING SPOUSE (u) | Unknown | 0.00 | | 0.00 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $92,900.00    $100.00    $0.00    $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

10/21/13 SPOKE TO PRO SE DEBTOR. SHE CANNOT AFFORD AN ATTORNEY RIGHT NOW BUT IS WORKING ON GETTING THE FUNDS TO OBTAIN ONE. IT MAY BE 2 WEEKS TO A MONTH BEFORE SHE CAN HIRE AN ATTORNEY TO COMPLETE WHAT CDR ASKED.

10/31/13 - ENTERED ASSETS. DEBTOR DID NOT EXEMPT ANYTHING EXCEPT HER HOUSE. INVESTIGATING PROPERTY OWNED BY NON-FILING SPOUSE.

8/10/15 NOTIFIED BY COUNSEL FOR WELLS FARGO THAT DEBTOR HAS FILED 2 SUBSEQUENT CHAPTER 13 AND LISTED PREVIOUSLY UNDISCLOSED REAL ESTATE THAT WOULD BE PROPERTY OF THE BANKRUTPCY ESTATE

8/26/15 DEBTOR FILED OBJECTIONS TO ALL 4 PROOFS OF CLAIM ON FILE

9/23/15 ESTATE'S REALTOR HAS INSPECTED PROPERTY AND HAS ARRANGED FOR FOUNDATION COMPANY TO INSPECT FOUNDATION ISSUES

9/16/15 FILED RESPONSES TO 4 CLAIM OBJECTIONS.

10/1/15 FOUNDATION REPAIR ESTIMATE IS $10K

10/19/15 TELEPHONE CONFERENCE WITH WELLS FARGO REQUESTING PAYOFF. FAXED PAYOFF REQUEST LETTER

3/15/16 SOLICITING CLAIMS TO JUSTIFY CASE ADMINISTRATION

Initial Projected Date of Final Report (TFR): 09/05/14    Current Projected Date of Final Report (TFR): 12/15/16